O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-05355 AHM (RCx) | Date | March 23, 2009 |
|---|---|---|---|
| Title | FUNAI ELECTRIC CO., LTD., *et al.* v. PROVIEW INTERNATIONAL HOLDINGS, LTD., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:            Attorneys **NOT** Present for Defendants:

**Proceedings:**      IN CHAMBERS (No Proceedings Held)

On November 21, 2007, the Court stayed this action, which is consolidated with CV 07-00254 AHM (RCx) and CV 07-00274 AHM (RCx), pending an investigation of the U.S. International Trade Commission (ITC) into Plaintiff's allegations. Plaintiff failed to file a semi-annual status report in January 2009, despite being ordered to do so.[1] The Court ORDERS Plaintiff to file a status report by not later than March 30, 2009.

:

Initials of Preparer      se

---

[1] Recently, Plaintiff filed a Notice of Related Case in *Vizio, Inc. v. Funai Electric Co., Ltd.*, CV 09-00174 CJC (ANx), which shall be transferred to this judge. The Notice of Related Case seems to indicate that on February 11, 2009 the ITC reached a final determination on some, but not all, issues, affecting some, but not all, defendants in these consolidated actions.